# Court of Appeals
## Tenth Appellate District of Texas

10-25-00137-CR

Broc Adam Kilman,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
369th District Court of Leon County, Texas
Judge Charles Michael Davis, presiding
Trial Court Cause No. 24-145-DCCR-00174

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Broc Adam Kilman appealed the trial court's four judgments adjudicating guilt that were imposed and signed on March 27, 2025. On July 15, 2025, Kilman filed a motion to voluntarily dismiss the appeal. Kilman and his attorney have signed the motion to dismiss. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Kilman's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: July 24, 2025

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Dismissed
Motion granted
Do not publish
CR25

